IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHET MICHAEL WILSON, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GENERAL AUDIT CORP.,<br><br>　　　　　Defendant. | Case No.: 3:26-cv-00207 |

## GENERAL AUDIT CORP'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant General Audit Corp. hereby certifies that General Audit Corp. is owned by KeyBridge Revenue Management, Inc. No publicly held corporation owns 10% interest in General Audit Corp.

Dated: February 18, 2026.　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Crystal Duplay*
　　　　　　　　　　　　　　　　　　　CRYSTAL M DUPLAY (0084600)
　　　　　　　　　　　　　　　　　　　**FROST ECHOLS LLC**
　　　　　　　　　　　　　　　　　　　246 W. Liberty St., Ste #2
　　　　　　　　　　　　　　　　　　　Medina, OH 44256
　　　　　　　　　　　　　　　　　　　Phone: (567) 324-7051
　　　　　　　　　　　　　　　　　　　Email: Crystal.Duplay@frostechols.com

　　　　　　　　　　　　　　　　　　　COOPER M. WALKER (*Subject to Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　18383 Preston Road, Suite 350
　　　　　　　　　　　　　　　　　　　Dallas, TX 75252
　　　　　　　　　　　　　　　　　　　Phone: (817) 290-4356
　　　　　　　　　　　　　　　　　　　Email: Cooper.Walker@frostechols.com

　　　　　　　　　　　　　　　　　　　***COUNSEL FOR DEFENDANT***
　　　　　　　　　　　　　　　　　　　***GENERAL AUDIT CORP.***

**Certificate of Service**

I hereby certify that a true and accurate copy of the foregoing **Error! Reference source not found.** has been served by the Court's CM/ECF service to all counsel of record on February 18, 2026.

/s/ *Crystal Duplay*
CRYSTAL M DUPLAY (0084600)