IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHET MICHAEL WILSON, on behalf of himself and others similarly situated, | : : CIVIL ACTION FILE NO. 26-cv-207 |
| Plaintiff, | : |
| v. | : |
| GENERAL AUDIT CORP. | : |
| Defendant. | : |

**RULE 26(f) REPORT**

Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on March 6, 2026 and was attended by:

Anthony Paronich, counsel for plaintiff(s),

Cooper Walker, counsel for defendant(s)_____.

Counsel represent that, during the meeting, they engaged in a meaningful attempt to meet and confer on the matters outlined below.

1. CONSENT TO MAGISTRATE JUDGE

Do the parties consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)?

____Yes    X    No

2. INITIAL DISCLOSURES

Have the parties agreed to make initial disclosures?

 X   Yes    ____No    ____The proceeding is exempt under Rule 26(a)(1)(B)

If yes, such initial disclosures shall be made by March 20, 2026

3. <u>VENUE AND JURISDICTION</u>

Are there any contested issues related to venue or jurisdiction?

\_\_\_\_\_Yes    X\_\_\_\_No

If yes, describe the issue:

If yes, the parties agree that any motion related to venue or jurisdiction shall be filed by _____.

4. <u>PARTIES AND PLEADINGS</u>

   a. The parties agree that any motion or stipulation to amend the pleadings or to join additional parties shall be filed by <u>May 27, 2026</u>.

   b. If the case is a class action, the parties agree that the motion for class certification shall be filed by <u>December 7, 2026</u>.

5. <u>MOTIONS</u>

   a. Are there any pending motion(s)?

      \_\_\_\_\_Yes    X\_\_\_\_No

      If yes, indicate which party filed the motion(s), and identify the motion(s) by name and docket number:

   b. Are the parties requesting expedited briefing on the pending motion(s)?

      \_\_\_\_\_Yes    X\_\_\_\_No

      If yes, identify the proposed expedited schedule:

      Opposition to be filed by_____; Reply brief to be filed by_____.

6. <u>ISSUES</u>

Jointly provide a brief description of case, including causes of action set forth in the complaint, and indicate whether there is a jury demand:

Plaintiff alleges that Defendant, General Audit Corp., which does business as Keybridge Medical Revenue Care ("Keybridge"), made unsolicited telephone calls to Plaintiff and members of the putative class using a pre-recorded voice message in violation of the Telephone Consumer

2

Protection Act, 47 U.S.C. § 227. Plaintiff alleges that Defendant called his cellular telephone number multiple times in December 2025 using caller ID 877-879-9822, and that at least one call began with a pre-recorded message stating: "Hello, this is a communication from Keybridge. Press One to talk to a Patient Representative." Plaintiff alleges he never provided prior express consent to receive such calls and never did business with Defendant.

Plaintiff brings this action on behalf of the following proposed class:

> **TCPA Pre-recorded Class:** All persons in the United States who from four years prior to the filing of this action through class certification (1) Defendant, or an agent calling on behalf of the Defendant, called on their cellular telephone number (2) using the same or a substantially similar artificial or pre-recorded voice message used to call Plaintiff (3) despite the fact that the call recipient never provided their telephone number to the Defendant.

There is a jury demand.

7. DISCOVERY PROCEDURES

    a. The parties agree that all discovery shall be completed by November 30, 2026.
    All responses to discovery are to be served prior to the cut-off date, and to file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so. If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court. To initiate a telephone conference, counsel are directed to join together on one line and then call the Magistrate Judge's chambers or provide the Court with a call-in number.

    b. Do the parties anticipate the production of ESI? __X__ Yes ____ No

    If yes, describe the protocol for such production: The parties agree to the PDF production of most documents in the case, but any calling data shall be produced in its native form.

    c. Do the parties intend to seek a protective order or clawback agreement?

    If yes, such order or agreement shall be produced to the Court by April 2, 2026

8. DISPOSITIVE MOTIONS

    a. Any dispositive motions shall be filed by Defendant by January 25, 2027.

    b. Are the parties requesting expedited briefing on dispositive motions?

_____Yes    X____No

If yes, identify the proposed expedited schedule:

Opposition to be filed by_____; Reply brief to be filed by_____.

9. EXPERT TESTIMONY

   a. Primary expert reports must be produced by <u>September 8, 2026</u>.

   b. Rebuttal expert reports must be produced by <u>October 5, 2026</u>.

10. SETTLEMENT

Plaintiff(s) will a make a settlement demand by <u>September 8, 2026</u>. Defendant will respond by _____. The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference. The Court refers cases to settlement throughout the year. The parties request the following month and year:
<u>November 2026</u>
In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement conference orders which require, *inter alia*, that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

11. RULE 16 PRETRIAL CONFERENCE

Do the parties request a scheduling conference?

<u>X</u>   Yes, the parties would like a conference with the Court prior to it issuing a scheduling order. The parties request that the conference take place _____ in chambers <u>X</u> by telephone.

_____ No, a conference is not necessary; the Court may issue a scheduling order after considering this Report.

12. OTHER MATTERS

Indicate any other matters for the Court's consideration:

Dated: March 4, 2026

Respectfully submitted,
*/s/ Anthony Paronich*
Anthony Paronich, *pro hac vice*

4

**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
*Counsel for the Plaintiff and Putative Class*

 */s/ Cooper Walker*
 COOPER M. WALKER
 **FROST ECHOLS LLC**
 18383 Preston Road, Suite 350
 Dallas, TX 75252
 Phone: (817) 290-4356
 Email: Cooper.Walker@frostechols.com

 ***COUNSEL FOR DEFENDANT GENERAL AUDIT CORP.***