UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Chet Michael Wilson,
*on behalf of himself and all others similarly*
*situated*,

                    Plaintiff,                Case No. 3:26-cv-207

       -vs-

                                               <u>CASE MANAGEMENT</u>
                                                 <u>CONFERENCE ORDER</u>

General Audit Corp.,

                    Defendant.

1.      The case management conference was conducted on April 3, 2026.

2.      After consultation with counsel, I set this case to proceed on the standard track.

3.      Deadline for amending pleadings and adding parties: May 27, 2026.

4.      Telephone status conference (Counsel to call the bridge line at 419-718-0655, Meeting ID 849 763 788.): July 22, 2026 at 9:00 AM EST.

5.      Discovery disputes:  If counsel cannot resolve a discovery dispute despite their good faith efforts, they should email me a joint letter (Helmick_Chambers@ohnd.uscourts.gov) summarizing the nature of the dispute and their efforts to resolve it.  After I review the joint submission, my chambers will contact counsel regarding next steps toward resolution.  No motion relating to discovery may be filed without leave of court.

6.      Inadvertent Disclosure:  Pursuant to Evidence Rule 502(d), an inadvertent disclosure of a communication or information covered by the attorney-client privilege or work-product protection

made in connection with this litigation shall not constitute a waiver of that privilege or protection in this or any other federal or state proceeding.

7.      The parties have agreed to a method for conducting discovery of electronically-stored information.

8.      Without leave of Court, no discovery material shall be filed, except as necessary to support dispositive motions.

9.      Format of Filings:  All documents must be filed as PDF documents in text searchable format.  All exhibits must be specifically identified.  If exhibits are merged into a single PDF, each exhibit within that PDF must be bookmarked.  Failure to comply with these requirements will result in the Clerk's Office marking the document as a filing error, and counsel will be required to re-file said document to be in compliance with this order.

10.     Dispositive motions:  No motion for summary judgment should be filed before a briefing schedule has been set by further Order.


        It is So Ordered.

                                         s/ Jeffrey J. Helmick
                                        United States District Judge


2