**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| CHET MICHAEL WILSON, on behalf of himself and others similarly situated, | : : : | CIVIL ACTION FILE NO. 26-cv-207 |
| Plaintiff, | : : | |
| v. | : : | |
| GENERAL AUDIT CORP. | : : : | |
| Defendant. | : : | |

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.


Respectfully Submitted,

Dated: July 29, 2026

/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com


*Attorneys for Plaintiff*

/s/ Cooper Walker
COOPER M. WALKER
**FROST ECHOLS LLC**
18383 Preston Road, Suite 350
Dallas, TX 75252
Phone: (817) 290-4356
Email: Cooper.Walker@frostechols.com

*COUNSEL FOR DEFENDANT GENERAL AUDIT CORP.*

1